In re:  Case No. 19-10514-TWD
Regina Kidd  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2  User: admin  Page 1 of 2  Date Rcvd: Mar 27, 2020
                   Form ID: pdf341  Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.

```
db             +Regina Kidd,    PO BOX 18591,    Seattle, WA 98118-0591
956561754     #+Alltran Financial,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
956601996      +CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
956579001       CVI SGP-CO Acquisition Trust,    PO Box 10587,    Greenville, SC 29603-0587
956561758     #+Chase Receivables,    755 Baywood Drive,    Suite 208,    Petaluma, CA 94954-5508
956571448      +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
956561760      +Chrysler Capital,    Attn: Bankruptcy Dept,    P.O. Box 961278,    Fort Worth, TX 76161-0278
956561762      +Credit First NA,    Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
956561764      +Department of Education,    P.O. Box 740283,    Atlanta, GA 30374-0283
956561766      +Equifax,    PO BOX 30272,    Tampa, FL 33630-3272
956561769      +Experian,    Profile Maintenance,    PO BOX 9558,    Allen, TX 75013-9558
956561771      +Firestone,    PO Box 81307,    Cleveland, OH 44181-0307
956561772      +GC Service Limited Partnership,    P.O. Box 1545,    Houston, TX 77251-1545
956561775      +Kaiser Foundation Health Plan,    PO BOX 34614,    Seattle, WA 98124-1614
956561777      +Machol & Johannes,    2800 156th Ave SE Ste 105,    Bellevue, WA 98007-6555
956561753      +Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
956561782     ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
                (address filed with court: Professional Recovery Consult,    2700 Meridian Parkway Ste 200,
                 Durham, NC 27713)
956561783      +PSE,    PO BOX 91269,    Bellevue, WA 98009-9269
956578062      +Puget Sound Energy,    Vendor Collections Department -BOT-02G,    PO Box 97034,
                 Bellevue, WA 98009-9734
956597249      +RENTON COLLECTIONS INC,    PO BOX 272,    RENTON, WA 98057-0272
956561785      +Rainier Ave Dental,    PO BOX 272,    Renton, WA 98057-0272
956561786      +Rainier Ave Dental,    5425 Rainier Ave. S,    Seattle, WA 98118-2455
956561789      +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
956672608       US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
956561755      +E-mail/Text: legal@arsnational.com Mar 28 2020 03:19:24      ARS National Services,
                 P.O. Box 469046,    Escondido, CA 92046-9046
956561756       E-mail/Text: cms-bk@cms-collect.com Mar 28 2020 03:19:24      Capital Management Services,
                 698 1/2 South Ogden St,    Buffalo, NY 14206-2317
956561757      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:29:04      Capital One,
                 Bankrupty Dept,    PO Box 30285,    Salt Lake City, UT 84130-0285
956561759      +E-mail/Text: bankruptcy.notifications@fisglobal.com Mar 28 2020 03:20:13      Chexsystems,
                 Attn: Customer Relations,    7805 Hudson Rd Ste 100,    Saint Paul, MN 55125-1703
956561761      +E-mail/Text: convergent@ebn.phinsolutions.com Mar 28 2020 03:20:17      Convergent,
                 P.O. Box 9004,    Renton, WA 98057-9004
956561763      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 28 2020 03:26:28      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
956561765      +E-mail/Text: Bankruptcy.Consumer@dish.com Mar 28 2020 03:19:47      Dish Network,
                 P.O. Box 94063,    Palatine, IL 60094-4063
956561767      +E-mail/Text: bknotice@ercbpo.com Mar 28 2020 03:19:54      ERC,    P.O. Box 57610,
                 Jacksonville, FL 32241-7610
956561768      +E-mail/Text: l.clauson@everprof.com Mar 28 2020 03:19:49      Evergreen Prof Recovery,
                 12100 NE 195th St #325,    Bothell, WA 98011-5768
956561770       E-mail/Text: mhassan@faicollect.com Mar 28 2020 03:18:30      Financial Assistance,
                 1130 140th Ave Ne Ste 10,    Bellevue, WA 98005
956561773      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 28 2020 03:19:11      Internal Revenue Service,
                 PO BOX 7346,    Philadelphia, PA 19101-7346
956561774      +E-mail/Text: bankruptcy@sccompanies.com Mar 28 2020 03:18:25      K Jordan,    PO Box 2809,
                 Monroe, WI 53566-8009
956584099      +E-mail/Text: bankruptcy@sccompanies.com Mar 28 2020 03:18:25      K. Jordan,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
956563931       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2020 03:26:32      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
956561776      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2020 03:26:32
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
956561778      +E-mail/Text: bknotices@mbandw.com Mar 28 2020 03:20:08      MCCarthy Burgess & Wolff,
                 26000 Cannon Rd,    Cleveland, OH 44146-1807
956584100      +E-mail/Text: bankruptcy@sccompanies.com Mar 28 2020 03:18:26      Massey's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
956561779      +E-mail/Text: ext_ebn_inbox@navyfederal.org Mar 28 2020 03:20:55      Navy FCU,
                 Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
956605853       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 03:29:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
956561781       E-mail/Text: clientinformation@procollect.com Mar 28 2020 03:18:31      Pro Collect, Inc,
                 Attn: Bankruptcy,    12170 N Abrams Road, Suite 100,    Dallas, TX 75243
956561780      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 03:27:44
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
956561784      E-mail/Text: membersolutions@qualstarcu.com Mar 28 2020 03:18:30      Qualstar Credit Union,
               Po Box 96730,    Bellevue, WA 98009
956561787     +E-mail/Text: bkrpt@retrievalmasters.com Mar 28 2020 03:19:48      RCMB,    PO BOX 1235,
               Elmsford, NY 10523-0935
956561788     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2020 03:26:32      Resurgent,
               Attn: Bankruptcy Department,    Po Box 10497,    Greenville, SC 29603-0497
956561790     +E-mail/Text: bankruptcy@sccompanies.com Mar 28 2020 03:18:26      Stoneberry,    PO Box 77001,
               Madison, WI 53707-1001
956584101     +E-mail/Text: bankruptcy@sccompanies.com Mar 28 2020 03:18:26      Stoneberry,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
956561791      E-mail/Text: DASPUBREC@transunion.com Mar 28 2020 03:18:38      Transunion,    555 West Adams St,
               Chicago, IL 60611
956561792     +E-mail/Text: BKRMailOPS@weltman.com Mar 28 2020 03:19:25      Weisfield Jewelers,
               PO Box 740425,    Cincinnati, OH 45274-0425
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Ellen Ann Brown    on behalf of Debtor Regina  Kidd stopdebt@gmail.com,
               ignbands@gmail.com;browner80299@notify.bestcase.com
              Jason  Wilson-Aguilar    courtmail@seattlech13.com
              Ronald G. Brown    rgblaw@nwlink.com,    rgbrown@ecf.axosfs.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**NOTICE FROM THE U.S. TRUSTEE'S OFFICE WITH
INSTRUCTIONS AND INFORMATION FOR PARTICIPATING IN
TELEPHONIC SECTION 341 CREDITORS' MEETINGS
IN THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

| For **Chapter 7** Debtors Residing In | Normal 341 Location | Presiding Trustees | Call In Information |
|---|---|---|---|
| Whatcom County<br>Skagit County<br>San Juan County | Bellingham | Virginia A. Burdette<br>Dennis Lee Burman | Conference Line: 1-888-396-5019<br>Participant Code: 6032931 |
| Clallam County<br>Jefferson County<br>Kitsap County | Bremerton | Michael P. Klein<br>John S. Peterson | Conference Line: 1-866-660-6472<br>Participant Code: 8196120 |
| Snohomish County<br>Island County | Everett | Virginia A. Burdette<br>Dennis Lee Burman<br>Michael P. Klein | Conference Line: 1-866-763-1542<br>Participant Code: 4624291 |
| King County | Seattle | Ronald G. Brown<br>Nancy L. James<br>Edmund J. Wood | Conference Line: 1-866-707-2446<br>Participant Code: 7204500 |
| Pierce, Grays Harbor, Thurston, Lewis and Mason Counties | Tacoma | Brian Lowell Budsberg<br>Terrence J. Donahue<br>Kathryn A. Ellis<br>Mark D. Waldron | Conference Line: 1-866-829-9875<br>Participant Code: 4230506 |
| Clark, Cowlitz, Pacific, Skamania and Wahkiakum Counties | Vancouver | Charles D. Carlson<br>Russell D. Garrett<br>Donald A. Thacker | Conference Line: 1-866-882-3107<br>Participant Code: 4674917 |
| ALL **Chapter 12** cases | | Virginia A. Burdette | Conference Line: 1-866-628-6911<br>Participant Code: 9032639 |
| ALL **Chapter 13** cases | | Jason Wilson-Aguilar<br>Michael G. Malaier | Conference Line: 1-866-880-5064<br>Participant Code: 6951575 |
| ALL **Chapter 11** Cases | | U.S. Trustee's Office | Conference Line: 1-866-741-6993<br>Participant Code: 7578142 |

Identification Procedures:

Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee prior to the start of the section 341 meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if debtor is unrepresented. If such proof has not been provided, the examination of the debtor may go forward but the meeting will be ultimately continued until the trustee has received proof of identification.

Preparation for the Call:

- Use a stable telephone line to avoid interruptions and background noise.
- Each call will have multiple parties; after connecting to the call please place your phone on mute and wait until your case is called before speaking.
- When your case is called, please speak loudly into the phone as the meeting is being audio recorded by the trustee.
- Debtors should be prepared and have copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, Rule 4002 documents, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning.